EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTEN A. SPROULE (Cal. Bar #310120)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4493
    Facsimile: (213) 894-7177
    E-mail: Christen.A.Sproule@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
Feb 23, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. CV 16-09500-SVW (RAOx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] |
| v. | CONSENT JUDGMENT |
| $48,930.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JOHN RIDINGS, | |
| Claimant. | |

    This action was filed on December 23, 2016 against the defendant $48,930.00 in U.S. Currency ("defendant currency"). Potential claimant, John Ridings ("Ridings") has not filed a claim or an answer. No person other than Ridings is believed to have an interest therein. Notice has been given and published in accordance with law. No claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff United States of America and Ridings have reached an agreement that is

dispositive of the action and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Ridings.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B.  The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

C.  Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Ridings are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

D.  $7,340.00 of the defendant currency shall be returned to Ridings without interest, and shall be paid to Ridings no later than sixty days of the date this Judgment is entered or the date Ridings provides the information described below, whichever is later. If the United States elects to make the payment by check, the check will be payable to "The Law Office of Austin J. Freeley Client Trust Account." If the United States elects to make the payment by wire transfer, the funds will be wire transferred to The Law Office of Austin J. Freeley Client Trust Account. Austin Freeley agrees to provide the necessary bank account information and personal identifiers for his trust account upon request from the United States.

E.  The United States of America shall have judgment as to the remaining $41,590.00 of the defendant currency, together with all interest earned by the government on the full amount of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein.

F.  Ridings agrees to waive any and all attorney fees and costs.

G.  Ridings has released the United States of America, its agencies, agents,

officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the United States Postal Service Inspection and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including, without limitation, any petitions for remission, which Ridings hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Ridings, whether pursuant to 28 U.S.C. § 2465 or otherwise.

      H.    The Court finds that there was reasonable cause for the institution of these

///
///

Case 2:16-cv-09500-SVW-RAO   Document 13   Filed 02/23/17   Page 4 of 4   Page ID #:43

proceedings. This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: February 23, 2017

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

DATED: February 2, 2017

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

CHRISTEN A. SPROULE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: February 14, 2017

AUSTIN FREELEY, ESQ.

Attorney for Claimant
JOHN RIDINGS

DATED: February 13, 2017

JOHN RIDINGS
Claimant

4